RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
1/2/15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GHEORGHE DRAGOS           DOCKET NO. 14-CV-795; SEC. P

VERSUS           JUDGE TRIMBLE

DHS/ICE, ET AL.           MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's FTCA claims be **DISMISSED for lack of jurisdiction**; Plaintiff's civil rights claim against "Unknown Officers" be **DISMISSED WITHOUT PREJUDICE** for failure to identify the defendants with enough specificity to enable service of process; and, that the remainder of Plaintiff's civil rights claims be **DENIED AND DISMISSED, WITH PREJUDICE,** pursuant to 28 U.S.C. §1915(e)(2)(b) and §1915A.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 2nd day of January, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE